IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY FRANK GROSS                                                                                  PLAINTIFF

VS.                                        CASE NO. 5:06CV00059

RICK TONEY, ET AL.                                                                              DEFENDANTS

ORDER

Plaintiff's Motion to Clarify (#55) and Motion for Copies (#56) are granted in part and denied in part.

The Clerk of the Court is directed to send plaintiff copies of all the exhibits entered into evidence at the April 26, 2007 hearing. Plaintiff's remaining requests are denied as there is no hearing transcript and his remaining requests are either irrelevant, redundant, or the requested information has been provided in other forms.

Plaintiff is given 30 days from the date of this Order to file his objections. Absent extraordinary circumstances, there will be no more extensions.

IT IS SO ORDERED this 4 day of June, 2007.

James M. Moody
United States District Judge