**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BILLY FRANK GROSS**
**ADC #80964**                                                                                                **PLAINTIFF**

**V.**                              **NO: 5:06CV00059 JMM/HDY**

**RICK L. TONEY** *et al.*                                                                               **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After a *de novo* review of the record including listing to the tape of the evidentiary hearing held on April 26, 2007, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  7  day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE