IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY FRANK GROSS**
**ADC #80964**                                                                                               **PLAINTIFF**

V.                                     NO: 5:06CV00059 JMM/HDY

**RICK L. TONEY et al.**
**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __7__ day of August, 2007.

_____
James M. Moody
United States District Judge